COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Felicia Nicole Jones v. Macy's and Eric Limbocker

Appellate case number:    01-14-00143-CV

Trial court case number:  74030

Trial court:              239th District Court of Brazoria County

On May 22, 2014, Appellees filed a motion to dismiss for failure of Appellant to file a brief compliant with our order of May 1, 2014. The motion is **DENIED** without prejudice to filing at another time.

Briefs are meant to acquaint the court with the issues and to present argument that will enable the Court to decide the case. TEX. R. APP. P. 38.9. While this rule is to be construed liberally, substantial compliance is required for the Court to decide the case. *Id*. The brief submitted by Appellant on May 6, 2014 contains both formal and substantive defects; most notably it does not present a coherent description of the legal issues in a form sufficient for Appellees to respond or for this Court to make a ruling. Further, it does not contain legal argument or legal citation in regards to any issue. We **STRIKE** Appellant's brief of May 6, 2014. *See* TEX. R. APP. P. 38.9 (b). Appellant is **ORDERED** to redraw her brief in compliance with Texas Rule of Civil Procedure 38.9 within 30 days of the date of this order. *See* TEX. R. APP. P. 38.9 (a),(b). If the redrawn brief is not compliant, we will again strike the brief and proceed as if appellant has not filed a brief. *See* Tex. R. App. P. 38.9 (b). In that instance, we may dismiss the appeal for want of prosecution or, if Appellees have a brief on file, we may regard that brief as correctly presenting the case and may affirm the trial court's judgment upon that brief without examining the record. *See* TEX. R. APP. P. 38.9 (a)(1), (3).

The response of Appellees will be due 30 days from the date Appellant's brief is filed. *See* TEX. R. APP. P. 38.6 (b).

It is so ORDERED.

Judge's signature: /s/ <u>Justice Rebeca Huddle</u>
                    X  Acting individually     ☐ Acting for the Court

Date: June 4, 2014